UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DENNIS SMITH, | Case No.: 19cv620-CAB-AHG |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR MORE DEFINITE STATEMENT [Doc. No. 10] AND SETTING DEADLINE FOR FILING OF SECOND AMENDED COMPLAINT** |
| DEPUTY K. BRANGWYNNE, et al., | |
| Defendant. | |

On October 24, 2019, Defendants filed a motion for more definite statement. [Doc. No. 10.] On December 2, 2019, in granting Plaintiff an extension of time to oppose Defendants' motion, the Court ordered Plaintiff to file either an opposition to the motion or a Second Amended Complaint ("SAC"). [Doc. No. 14.] On December 20, 2019, Plaintiff filed Plaintiff's More Definite Statement with Declaration in Support Thereof [Doc. No. 23], which is filed as a response to the motion but is in the format of a complaint. Therefore, it appears that Plaintiff is intending to file an SAC. However, the document he has filed [Doc. No. 23] only has one cause of action, while the First Amended Complaint ("FAC") [Doc. No. 6] has three causes of action.

In an abundance of caution, the Court will provide Plaintiff with one final opportunity to file an SAC. Plaintiff shall file an SAC by **January 31, 2020**. Plaintiff is

1

cautioned that the SAC must be complete in itself without reference to his original pleading. Defendants not named and any claims not re-alleged in the Second Amended Complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.")

Given that Plaintiff is being granted leave to file an SAC, the motion for more definite statement is **DENIED WITHOUT PREJUDICE**. If Plaintiff does not file an SAC by January 31, 2020, the case will be dismissed without prejudice and without further court order.

**IT IS SO ORDERED**.

Dated: January 3, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge